# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 8, 2011

141885

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

MICHAEL BURT,
   Petitioner-Appellant,

v

              SC: 141885
              COA: 290868
              Tax Tribunal: 00-313389

DEPARTMENT OF TREASURY,
   Respondent-Appellee.

_____/

   On order of the Court, the application for leave to appeal the July 1, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 8, 2011

Clerk

y0228